1  JAY N. HARTZ (State Bar No. 57242)
   **HOOPER, LUNDY & BOOKMAN, P.C.**
2  1875 Century Park East, Suite 1600
   Los Angeles, California  90067
3  Telephone: (310) 551-8119
   Facsimile: (310) 551-8181
4
   GREGORY P. DANIELS (State Bar No. 217718)
5  JOSEPH R. LAMAGNA (State Bar No. 246850)
   **HOOPER, LUNDY & BOOKMAN, P.C.**
6  101 West Broadway, Suite 1200
   San Diego, California  92101
7  Telephone: (619) 744-7300
   Facsimile: (619) 230-0987
8
   Attorneys for Defendants ROSEMARIE RENO,
9  CHARLENE ANDERSON, GEORGE
   COULTER, LARRY ANDERSON and TRI-
10 CITY HEALTHCARE DISTRICT and
   Counterclaimant TRI-CITY HEALTHCARE
11 DISTRICT

12                **UNITED STATES DISTRICT COURT**

13             **SOUTHERN DISTRICT OF CALIFORNIA**

14 ALLEN COLEMAN,  SUELLYN ELLERBE,      CASE NO. 3:09-cv-01594-W-BGS
   DAN GROSZKRUGER, TERRY HOWELL,
15 ONDREA LABELLA, DOREEN                 **DEFENDANTS'/COUNTERCLAIMANT'S**
   SANDERSON, and ROBERT WARDWELL,        **NOTICE OF MOTION AND MOTION**
16                                        **FOR CERTIFICATION OF**
                   Plaintiffs,            **INTERLOCUTORY APPEAL PURSUANT**
17      vs.                               **TO 28 U.S.C. § 1292(b)**

18 KATHLEEN STERLING, ROSEMARIE
   RENO, CHARLENE ANDERSON, GEORGE
19 COULTER, LARRY ANDERSON,               **[NO ORAL ARGUMENT PURSUANT TO**
   TRI-CITY HEALTHCARE DISTRICT, and      **CIVIL LOCAL RULE]**
20 DOES 1 through 100, inclusive,
                                          **Date:    February 13, 2012**
21                 Defendants.

22 ────────────────────────────────
   TRI-CITY HEALTHCARE DISTRICT,
23
                   Counterclaimant,
24      vs.

25 ALLEN COLEMAN, SUELLYN ELLERBE,
   DAN GROSZKRUGER, TERRY HOWELL,
26 ONDREA LABELLA, DOREEN
   SANDERSON, ROBERT WARDWELL, and
27 ROES 1 through 50,  inclusive,

28                 Counterdefendants.
   ────────────────────────────────

*(left margin, vertical)* HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA, 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1   PLEASE TAKE NOTICE that on February 13, 2012, or a date sooner to be determined by

2   the Court, Defendants Rosemarie Reno, Charlene Anderson, George Coulter, Larry Anderson, and

3   Defendant/Counterclaimant Tri-City Health Care District (collectively, "District Defendants")

4   hereby move, pursuant to 28 U.S.C. § 1292(b), for certification of interlocutory appeal of the

5   Court's Order of November 28, 2011 (Docket No. 174) and for an immediate stay of the

6   November 28, 2011 Order pending appeal in the Order.

7   This motion is supported by the accompanying memorandum of points and authorities.  The

8   controlling issue is whether the privileged communications have been vitiated due to the crime-

9   fraud exception.  Substantial grounds for disagreement exist on at least three issues: (1) whether the

10   subject matter of an attorney's advice must be related to and in furtherance of the alleged crime that

11   forms the basis for the crime-fraud exception, (2) whether Defendants made a mistake of fact

12   regarding Coulter's election to the Board and whether that mistake negates the specific intent

13   necessary for the crime of violating the Brown Act, and (3) whether the existence of directors-elect,

14   who have not yet assumed the duties of their office during a period between the date of their

15   election and their assumption of those duties, affects how many members of a legislative body are

16   calculated in order to form the majority of such members that are required to constitute a "meeting"

17   under the Brown Act.  Additionally, review now will materially advance the litigation, because it

18   will minimize risk of reversible error and prevent potentially unnecessary and inappropriate

19   discovery.

20   Defendants seek the opportunity to plead their cause now to the appellate court, before

21   privileged communications are divulged.  Therefore, an immediate stay of the Order is necessary.

22   DATED: December 16, 2011                    HOOPER, LUNDY & BOOKMAN, P.C.

23

24                                          By:   /s/  Joseph R. LaMagna
                                                  JAY N. HARTZ
25                                                JOSEPH R. LAMAGNA
                                           Attorneys for Defendants ROSEMARIE RENO,
26                                         CHARLENE ANDERSON, GEORGE COULTER,
                                           LARRY ANDERSON and TRI-CITY HEALTHCARE
27                                         DISTRICT and
                                           Counterclaimant TRI-CITY HEALTHCARE
28                                         DISTRICT

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL.: (310) 551-8111 • FAX: (310) 551-8181

1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

3

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 101 W.

4

Broadway, Suite 1200, San Diego, California 92101-3890.

5

On December 16, 2011, I served true copies of the following document(s) described as

6

**DEFENDANTS'/COUNTERCLAIMANT'S NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(B)** on the interested parties in this action as follows:

7

Ray J. Artiano, Esq.                                    Attorneys for Plaintiffs

8

Robert M. Mahlowitz, Esq.

Stutz Artiano Shinoff & Holtz, APC

9

2488 Historic Decatur Road, Suite 200

San Diego, CA  92106

10

Telephone:  619-232-3122

Facsimile:  619-232-3264

11

E-mail:  rartiano@stutzartiano.com

12

13

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s)

14

with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are

15

not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

16

I declare under penalty of perjury under the laws of the United States of America that the

17

foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

18

Executed on December 16, 2011, at San Diego, California.

19

20

/s/   Joseph R. LaMagna

21

JOSEPH R. LAMAGNA

22

23

24

25

26

27

28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA  90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

3023832.1