FILED

MAY 25 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAN GROSZKRUGER; et al.,<br><br>        Plaintiffs - Respondents,<br><br> v.<br><br>ROSEMARIE RENO; et al.,<br><br>        Defendants - Petitioners. | No. 12-80031<br><br>D.C. No. 3:09-cv-01594-W-BGS<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: THOMAS and MURGUIA, Circuit Judges.

The requests by the Association of California Healthcare Districts, Inc. and the California Hospital Association to file letters in support of the petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) are granted. The letters, received March 22, 2012 and March 23, 2012, are deemed filed.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Within 14 days after the date of this order, petitioners shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

ec/MOATT